# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DENISE M. ONDERKO, et al., | |
| Plaintiffs, | CIVIL ACTION NO. 3:19-CV-02225 |
| v. | |
| LM GENERAL INSURANCE COMPANY, | (MEHALCHICK, M.J.) |
| Defendant. | |

## ORDER

**AND NOW**, this 28th day of June 2021, for the reasons set forth in the accompanying memorandum, **IT IS HEREBY ORDERED** that the Plaintiffs' Motion to Compel Arbitration (Doc. 32) is **DENIED**.

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**Chief United States Magistrate Judge**